PEOPLE, PLAINTIFF AND APPELLEE, v. MARTÍNEZ, DEFENDANT
AND APPELLANT.

APPEAL from the District Court of Ponce in a Prosecution
for Seduction.

No. 1583.—Decided January 11, 1921.

SEDUCTION—PROMISE OF MARRIAGE—EVIDENCE.—The testimony of the father that
a few days before the commission of the seduction the defendant asked him
for his daughter in marriage in the presence of several persons, who also
testified to the same effect, is sufficient corroboration of the testimony of the
daughter regarding the promise of marriage.

ID.—ID.—ID.—Testimony of the wife of the defendant that he took the victim
to his own home, for which reason the wife went away, is sufficient evi-
dence to corroborate the testimony of the victim relative to sexual inter-
course with the defendant.

The facts are stated in the opinion.

*Mr. R. Martínez Nadal* for the appellant.

*Mr. José E. Figueras, Fiscal,* for the appellee.

MR. JUSTICE ALDREY delivered the opinion of the court.

A grand jury indicted Francisco Martínez for having
seduced on August 8, 1919, under promise of marriage, Isidra
López, an unmarried woman of previous chaste character,
with whom he had carnal intercourse. After a trial before
a jury he was found guilty of the said crime and in the
appeal by the defendant from the judgment of conviction
he alleges in support of its reversal that the promise of
marriage was not proved and that as to that and the carnal
intercourse, the testimony of Isidra López was not corrob-
orated.

It appears from the evidence that on August 8, 1919,
Isidra López, a girl sixteen years old, left the house where
she lived with her father and, according to her testimony,
was taken by the defendant to the house of his brother where
he kept her for about ten days and where they had sexual
intercourse; that then he took her to the house of his wife,
Inés Marín, where she remained three days, without a re-
newal of the sexual intercourse; that Inés Marín first left

the house and then Francisco Martínez left, she remaining alone with the children of Inés, and that she then returned to the house of her father. As to the promise of marriage, Isidra López testified that the defendant had promised to marry her, albeit she also testified that the only reason why she eloped with the defendant was because his wife advised her to do so and told her that they were divorced. Isidra López also testified that some days before the elopment the defendant went one evening to the house of her father, Dionisio López, and in her presence and in the presence of other persons, asked for her hand in marriage, but her father refused, saying that Martínez was a married man. On this point Dionisio López and his concubine, Modesta Torres, and Nicolás López also testified that when the girl's father told Martínez that he could not give her to him because he was married and Martínez replied that he was divorced, his wife, Inés Marín, came in and said that they were divorced and that she could show the decree of divorce. After this the father advised his daughter to have nothing to do with that man because he had been told that he was married. The girl's family had lived for a short time near the house of Inés Marín and her children, and a few days before Francisco Martínez had arrived there from Cuba.

Inés Marín testified that she was married to Francisco Martínez and had four children by him; that she was not in the house of Dionisio López on the night on which her husband was said to have been there; that she never advised Isidra López to elope with Martínez nor told her that they were divorced, but, on the contrary, she told her not to pay any attention to him because he was her husband, and that when he took Isidra to the house the witness went away.

The verdict of guilty found by the jury, who saw and heard the witnesses, shows that they believed that Isidra López eloped with the defendant on account of his promise to marry her, independently of any advice that Inés Marín

may have given her, and that promise of marriage is corroborated by the testimony to the effect that the defendant asked for Isidra in marriage.

With regard to the sexual intercourse, there is no other direct evidence than the testimony of the girl, but considering the difficulty of corroborating this testimony in the majority of seduction cases and that in this case the testimony of Inés Marín showed that her husband took Isidra López to her house, for which reason Inés left the house, we are of the opinion that that is a sufficient corroboration in this case.

For the foregoing reasons the judgment should be

*Affirmed.*

Chief Justice Hernández and Justices Wolf, Del Toro and Hutchison concurred.